JOHN E. OSBORN et al , appellants,

*v.*

CHARLES C. HAVENS et al., respondents.

*Mr. Wm. H. Vredenburgh,* for appellants.

*Mr. Charles Haight,* for respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Havens* v. *Osborn, 9 Stew. Eq. 426.*

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.

---

ALBERT C. HEULINGS, appellant,

*v.*

ANNA M. RIEHLE, respondent.

*Mr. Fred. Voorhees* and *Mr. Barker Gummere,* for appellant.

*Mr. S. K. Robbins,* for respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Riehle* v. *Heulings, 11 Stew. Eq. 20.*

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor.